
FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2008 NOV -5 PM 3:40
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

PARNELL B. HERRINGTON,

    Plaintiff,

v.

STATE BOARD OF PARDONS
AND PAROLE,

    Defendant.

CIVIL ACTION NO.: CV207-140

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's converted petition for writ of habeas corpus is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 5 day of November, 2008.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)